# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>   Plaintiff,<br><br>  v.<br><br>CENTENO-GAMEZ,<br><br>   Defendant. | Case No. 18-cr-00204-SI-1<br><br>**ORDER TO SHOW CAUSE** |

On April 30, 2021, the Court issued an Order Denying Defendant Centeno-Gamez's Motion for Compassionate Release and ordered the parties to "inquire into BOP's medical care of defendant and pursue proper treatment for defendant's stomach pains."[1] Dkt. No. 56.

On May 10, 2021, the Court received a letter from defense counsel representing that defendant is not receiving adequate treatment for his stomach pains and is not able to participate in the Residential Drug Abuse Program ("RDAP") at his current location, Reeves County Detention Center in Texas. On June 4, 2021, the Court received a letter from defendant, in case number 16-cr-204, stating that he is neither receiving medical treatment for his continued stomach pains nor able to participate in RDAP because Reeves County Detention Center does not have the program. Dkt. No. 51. Defendant requested to be transferred to a facility managed by the Bureau of Prisons (BOP) to address his medical issues and participate in RDAP. *Id*. Neither the government nor defense counsel has filed a motion to address defendant's lack of treatment for his stomach pains.

Accordingly, the parties are hereby ORDERED, in writing to be filed on or before June 25,

---

[1] During oral argument, defense counsel represented that defendant has been experiencing stomach pains and is not receiving proper medical treatment. The parties agreed to pursue proper treatment for defendant's stomach pains.

2021, to show cause why: (1) defendant is not receiving treatment for his stomach pains, (2) defendant is not able to participate in RDAP and (3) defendant has not been transferred to a BOP managed facility which can provide both adequate medical care and an RDAP program.

**IT IS SO ORDERED**.

Dated: June 4, 2021

SUSAN ILLSTON
United States District Judge